IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00475-BNB

JEREMY PINSON,

    Applicant,

v.

DAVID BERKEBILE,

    Respondent.

___

ORDER OF DISMISSAL
___

    Applicant, Jeremy Pinson, is a prisoner in the custody of the Federal Bureau of Prisons (BOP) and currently is incarcerated at the United States Penitentiary in Florence, Colorado. Applicant filed *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. Applicant asserts that, in Incident Report Nos. 1940984 and 1916691 (IR '984 and IR '691), he was charged and convicted of a disciplinary infraction without a mental examination as required under 28 C.F.R. § 541.6.

    This action is repetitive. At the time he filed this action, Applicant had filed a previous action, *Pinson v. Berkebile*, No. 12-cv-02673-LTB (D. Colo. Apr. 3, 2014), that challenged, along with thirty-five other incident reports, the disposition of the same incident reports that he challenges in this action. Repetitious litigation of virtually identical causes of action may be dismissed as frivolous or malicious. *See Bailey v. Johnson*, 846 F.2d 1019, 1021 (5th Cir. 1988) (per curiam); *Van Meter v. Morgan*, 518

F.2d 366, 368 (8th Cir. 1975) (per curiam).

Applicant's filing of this case is another example of his abusive litigation conduct. *Pinson*, No. 12-cv-02673-LTB (dismissed for lack of merit, in part as repetitious, and for failure to exhaust; pending filing restrictions); *Pinson v. Berkebile*, No. 13-cv-03252-BNB (D. Colo. Filed Nov. 29, 2013) (repetitious, five incident reports were same as reports challenged in Case No. 12-cv-02673-LTB); *Pinson v. Davis*, No. 11-cv-02955-WYD (D. Colo. Aug. 8, 2012) (repeated challenge to same disciplinary proceeding; warned future malicious filings would subject him to filing restrictions); *Pinson v. Davis*, No. 11-cv-02088-WYD (D. Colo. Apr. 25, 2012 ) (found several of the claims legally frivolous), *dismissed on appeal*, No. 12-1214 (10th Cir. Feb. 26, 2013); *Pinson v. Davis*, No. 11-cv-01334-WYD (D. Colo. Apr. 25, 2012) (abuse of the writ for challenging same disciplinary as in previous § 2241 action and found to be borderline malicious), *dismissed on appeal*, No. 12-1215 (10th Cir. Feb. 26, 2013).

The Court further finds that each of the incident reports challenged in this action was dismissed on the merits in Case No. 12-cv-02673-LTB. The Court, therefore, will dismiss this action with prejudice.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Applicant files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the action is dismissed with prejudice. It is

FURTHER ORDERED that Applicant is denied leave to proceed *in forma pauperis* on appeal.

DATED at Denver, Colorado, this  9th  day of    April   , 2014.

BY THE COURT:

   s/Lewis T. Babcock   
LEWIS T. BABCOCK, Senior Judge
United States District Court